JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California
Telephone: (415) 436-6401
Facsimile: (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION    3    08   70376

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALMA LLACER, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL NO. <br> **BZ** <br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on <u>June 23, 2008</u>, the above-named defendant self-surrendered to the U.S. Marshals based upon an arrest warrant (copy attached) issued upon an

X   Indictment

☐   Information

☐   Criminal Complaint

☐   Other (describe) _____

pending in the <u>Northern District of Texas</u>, Case Number <u>08-161-K</u>.

1

1 | In that case, the defendant is charged with a violation(s) of Title 18 United States Code,
2 | Section 513(a).
3 | Description of Charges: Knowingly possessing a counterfeit security of an organization, namely
4 | a VISA Travelers Cheque, with an intent to deceive another person and organization.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: June 23, 2008

NICOLE M. KIM
Assistant U.S. Attorney