1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LLACER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-3-08-70376 BZ
                                       )
12                      Plaintiff,     )
                                       )    **ORDER FOR RELEASE**
13  vs.                                )
                                       )
14  ALMA LLACER,                       )
                                       )
15                      Defendant.     )
    _____)
16

17

18        IT IS HEREBY ORDERED that defendant Alma Llacer be released from U.S. Marshal

    custody today, June 24, 2008.  She is ordered to appear on her own recognizance to the Northern
19
    District of Texas, Clerk of Court, Gladys Janssen, on July 14, 2008 to fill out a financial
20
    affidavit.  She is subsequently ORDERED to appear before the Honorable Paul Stickney, United
21
    States Magistrate Judge for the Northern District of Texas, on July 15th, 2008 at 9:00 a.m. for
22
    arraignment on the indictment.
23
    Dated: _____June 24, 2008_____
24
                                          _____
25
                                          THE HONORABLE NANDOR J. VADAS
26                                        UNITED STATES DISTRICT COURT JUDGE

*Llacer*, 3-08-70376
ORDER FOR RELEASE              1