AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Northern District of California

| UNITED STATES OF AMERICA V. ALMA LLACER | COMMITMENT TO ANOTHER DISTRICT (DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N District of CA | N District of TX | 3-08-70376 BZ | 3-08CR-161-K |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    18    U.S.C. §    513(a)

**DISTRICT OF OFFENSE**
Northern District of Texas (Dallas)

**DESCRIPTION OF CHARGES:**

Possession of Counterfeit Security of an Organization.

**CURRENT BOND STATUS:**

   x Bail fixed at     O/R     and defendant is released on bond
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐ Other (specify)
   Bond, if any, shall be transferred to the District of Offense

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

_____June 24, 2008_____     _[signature]_
Date           United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |