**FILED**

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

JUL 7 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
   1100 Commerce #1452
   Dallas TX 75242



| Case Name: | U.S.A. v. Alma LLacer |
|---|---|
| Case Number: | 3-08-70376 MAG |
| Charges: | 18:513(a) |

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge   Nandor Vadas   The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    ~~original minute orders~~
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                        Sincerely yours,

                                        RICHARD WIEKING, Clerk

                                        by: <u>Lori Murray</u>
                                        Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

3:08-CR-00161-K-1

Date: 7/1/2008

CLERK, U.S. DISTRICT COURT

By Shakera K. Judd